No. 81–2162. Pioneer Finishing Corp. v. National Labor Relations Board et al., 460 U. S. 1080;

No. 82–834. Walck v. American Stock Exchange, Inc., et al., 461 U. S. 942;

No. 82–1395. Drury v. United States, 461 U. S. 943;

No. 82–1408. Maggio, Warden v. Fulford, 462 U. S. 111;

No. 82–1496. Cardwell et al. v. Taylor, 461 U. S. 571;

No. 82–1562. Timmons v. Zoning Board of Adjustment et al., 461 U. S. 929;

No. 82–1612. Ahmed v. Environmental Protection Agency, 461 U. S. 930;

No. 82–1686. Kalaris, Administrative Appeals Judge, et al. v. Donovan, Secretary of Labor, et al., 462 U. S. 1119;

No. 82–1834. Scalise et al. v. Attorney General of the United States et al., 462 U. S. 1121;

No. 82–5527. Rios v. Heckler, Secretary of Health and Human Services, 461 U. S. 958;

No. 82–5840. Miller v. Illinois, 461 U. S. 961;

No. 82–6281. Zarrilli v. Randall et al., 460 U. S. 1090;

No. 82–6466. Ruiz v. Illinois, 462 U. S. 1112;

No. 82–6514. Zettlemoyer v. Pennsylvania, 461 U. S. 970;

No. 82–6521. Rothwell v. Bailey et al., 461 U. S. 946;

No. 82–6534. Duvallon v. Florida, 462 U. S. 1109;

No. 82–6556. Gretzler v. Arizona, 461 U. S. 971;

No. 82–6565. Masters v. Ohio, 461 U. S. 960;

No. 82–6567. Johnson v. United States, 462 U. S. 1121;

No. 82–6590. Ritter v. Ritter, 462 U. S. 1121; and

No. 82–6689. Spellman v. Ridley, Administrator, Lorton Youth Center, 462 U. S. 1110. Petitions for rehearing denied.